STATE OF MAINE
OXFORD, SS.

RECEIVED AND FILED

JUN 1 4 2001

Donna L. Howe
CLERK OF COURTS

SUPERIOR COURT
CIVIL ACTION
DOCKET NO.   CV-00-21
PAP - (     -       )

DONALD W. WHITE,                              *
                                             *
                    Plaintiff                *
                                             *
vs.                                          *      JUDGMENT
                                             *
CARL H. HANSEN and                           *
NANCY J. HANSEN,                             *          DONALD L. GARBRECHT
                                             *              LAW LIBRARY
                    Defendants               *

MAY 8  2002

    Judgment entered for Plaintiff Donald White against Carl Hansen in the amount of $9,313.51 plus interest and costs.

    Judgment entered for defendant Nancy Hansen on Plaintiff's complaint.


Dated:   June  *14*  ,  2001


_____
Superior Court Justice

Date Filed ___03-29-00___ ___OXFORD___ Docket No. ___CV 00-21___
County

Action ___CONTRACT___

DONALD W WHITE                    CARL H HANSEN and
                                 NANCY J HANSEN

vs.

| Plaintiff's Attorney | Defendant's Attorney |
|---|---|
| KURT E OLAFSEN ESQ<br>OLAFSEN & BUTTERFIELD<br>PO BOX 130<br>PORTLAND   ME   04112 | DAVID W AUSTIN ESQ<br>104 CONGRESS STREET<br>RUMFORD   ME   04276 |

| Date of Entry | |
|---|---|
| 03-29-00 | Summary Sheet filed. |
| 03-29-00 | Complaint filed. Filing fee received of $120., Rec. #9682. |
| 03-29-00 | Case File Notice mailed to K Olafsen Esq. |
| 05-16-00 | Affidavit of Service on Nancy Hansen at Sandwich, NH, on 05-03-00 by delivering a copy in hand, filed. |
| 05-16-00 | Affidavit of Service on Carl Hansen at Sandwich, NH on 05-03-00 by delivering a copy in hand, filed. |
| 05-30-00 | Answer filed. |
| 05-30-00 | Scheduling Order filed. Discovery deadline is January 30, 2001. Dated 05-30-00 by Gorman, J. Copies mailed to K Olafsen Esq. & D Austin Esq. |
| 06-28-00 | N.O.D.S. filed. Request for Production of Documents on K Olafsen Esq. on 06-27-00 by D Austin Esq. |
| 07-27-00 | N.O.D.S. filed. Plff.'s Response to Defs.' Request for Production of Documents served on D. Austin, Esq. on 7/26/00 by K. Olafsen, Esq. |
| 12-07-00 | N.O.D.S. filed. Plaintiff's First Request for Admissions, First Request for Production of Documents, First Set of Interrogatories to Def. Carl Hansen and First Set of Interrogatories to Def. Nancy Hansen served on David Austin, Esq. by Kurt Olafsen, Esq. on 12-7-00. |
| 03-19-01 | Defendant's Answer to Plaintiff's First Request for Admissions filed by David W. Austin, Esq. |
| 03-21-01 | N.O.D.S. filed. Defendant's Response to Plaintiff's First Request for Production of Documents and Answers to First Set of Interrogatories of Carl H. Hansen and Answers to First Set of Interrogatoires of Nancy J. Hansen filed by David W. Austin, Esq. |

| Date of Entry | White v. Hansen        Docket No. CV 00-21 |
|---|---|
| 05-30-01 | Plaintiff's Exhibit and Witness Lists filed. |
| 06-13-01 | Civil jury waived trial held.<br>Fritzsche, Justice Presiding, P. Carver, C.R.<br>Kurt Olafsen, Esq. for the Plaintiff and<br>David Austin, Esq. for the Defendants.<br><br>9:20 a.m. Both parties waive openings.<br><br>Plaintiff's witnesses: Donald White and Carl Hansen<br><br>Plaintiff rests.<br>Defendants rest.<br><br>Plaintiff's Closing Argument.<br>Defendant's Closing Argument.<br><br>Plaintiff's Exhibits 4 - 15 offered, admitted and filed.<br>Plaintiff's # 1 admitted with the exclusion of the last paragraph.<br>Plaintiff's 2 & 3 excluded as exhibits but included as offers of proof.<br>Plaintiff's Exhibit List filed. |
| 06-14-01 | JUDGMENT FILED.<br>  Judgment entered for Plaintiff Donald White against<br>Carl Hansen in the amount of $9,313.51 plus interest<br>and costs.<br>  Judgment entered for def. Nancy Hansen on Plaintiff's Complaint.<br>Dated: June 14, 2001, Fritzsche, J.<br><br>Copy of Judgment mailed to Kurt Olafsen, Esq. and David Austin, Esq. |
| 07-23-01 | Writ of Execution issued to K. Olafsen, Esq. for $10,632.23. |